UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Cesar Albo

Debtor /

Case No.: 26-19437-RAM
Chapter 13

# NOTICE OF OBJECTION TO CLAIM

The Debtor, Cesar Albo, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| Miami Division: | Fort Lauderdale Division: | West Palm Beach Division: |
|---|---|---|
| United States Bankruptcy Court<br>Southern District of Florida<br>C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Room 150<br>Miami, Florida 33128 | United States Bankruptcy Court<br>Southern District of Florida<br>United States Courthouse<br>299 East Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | United States Bankruptcy Court<br>Southern District of Florida<br>Flagler Waterview Building<br>1515 North Flagler Drive, Suite 801<br>West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

## Objection to Claim Number

Debtor objects to claim number 4 filed by Portfolio Recovery Associates, LLC as a general unsecured claim on September 24, 2026, for the following reasons:

1. The Proof of Claim is for a credit card account originally with an amount of $16,396.30.
2. The stated basis is an RCI/Barclays Bank Delaware credit-card account ending 2762, which the Claimant represents it acquired from Barclays Bank Delaware.
3. The account summary attached to Claim No. 4-1 reports a "Last Pmt Date" of January 13, 2025 and a "Last Transaction Date" of January 13, 2025. The Barclays statement attached

to the claim for July 18 through August 17, 2025 also states that no payment was received in that statement period (Claim No. 4-1, Part 4).

4. Contrary to the reported last-payment date, the Debtor continued making payments to Barclays on the credit-card account ending 2762 after January 13, 2025. The Debtor has expressly confirmed that the BARCLAYCARD US payments identified in the Bank of America checking account ending 2937 were for this same Barclays credit-card account, not a different Barclays account.

5. The Debtor and his non-filing spouse hold Bank of America deposit account ending 2937. The statements reflect sixteen (16) "BARCLAYCARD US" / "CREDITCARD" debits from February 4, 2025 through May 5, 2026, totaling $2,724.37 (redacted excerpts, Exhibit A; itemized payment schedule, Exhibit B).

6. The bank records and the Debtor's identification of the account provide a specific factual basis rebutting the balance asserted in Claim No. 4-1. The arithmetic difference is $16,396.30 less $2,724.37, yielding an allowable general unsecured balance of $13,671.93. The Debtor seeks disallowance of the $2,724.37 overstated portion while acknowledging the balance of the claim in the amount of $13,671.93.

7. The Debtor requests that the Claimant be permitted to review the documented payments and voluntarily amend its claim to reflect the credits. If the Claimant disputes the requested allowance, the Debtor requests production of a complete account-specific payment posting history and itemized petition-date calculation, and a determination of the proper allowed amount at the noticed hearing.

**WHEREFORE**, the Debtor respectfully requests entry of an order: (a) sustaining this objection; (b) disallowing $2,724.37 of Claim No. 4-1 and allowing the claim as a general unsecured claim in the amount of $13,671.93; (c) alternatively, after review of any timely amended proof of claim and account-specific payment reconciliation, determining the correct amount due

with full credit for the documented payments; and (d) granting such other and further relief as is just and proper.

Respectfully submitted:
October 20, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com