UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Cesar Albo

Case No.: 26-19437-RAM
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2026, a true and correct copy of the **Objection to Claim of Portfolio Recovery Associates, LLC** and **Notice of Hearing** was served electronically on the following parties:
Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806
Hollywood, FL 33027

I further certify that on October 20, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Cesar Albo
862 W 64th ST
Hialeah, FL 33012-6413

Portfolio Recovery Associates, LLC
c/o Priyanka Singh, BK Rep
P.O. Box 41067,
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Moshier, John, President
120 CORPORATE BLVD, Suite 100
NORFOLK, VA 23502

Portfolio Recovery Associates, LLC
130 CORPORATE BLVD.
NORFOLK, VA 23502

Portfolio Recovery Associates, LLC
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Respectfully submitted:
October 20, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com